IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00796-OES

JASON WEBER,

      Plaintiff,

v.

KEITH GARCIA,
NOBERTA GUERRA, and
MATT MARTINEZ,

      Defendants.

---

## ORDER DISMISSING CASE

---

This matter is before the Court on the letter that Plaintiff Jason Weber submitted *pro se* and the Court filed on June 15, 2005. In the letter, Mr. Weber informs the Court that he choose not to proceed with the instant action.

The Court must construe the June 15, 2005, letter liberally because Mr. Weber has filed the letter on his own behalf. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the June 15 letter liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is

effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. **See** J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. **See *Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the letter that Plaintiff Jason Weber submitted ***pro se*** and the Court filed on June 15, 2005, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of June 15, 2005, the date the notice of dismissal was filed in this action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 29 day of June, 2005.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-796-OES

Jason Weber
Reg. No. 113030
Delta Corr. Center
4102 Sawmill Mesa Road
Delta, CO 81416

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/30/05

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk